NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN GREENE,                            )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-2894
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____  )

Opinion filed May 15, 2019.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Sean Greene, pro se.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.